121 A.3d 385

M.K. AND L.K., PLAINTIFFS–RESPONDENTS,
v. A.K., DEFENDANT—PETITIONER.

September 14, 2015.

Denied.

121 A.3d 385

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. CHARLES BRYANT, JR., DEFENDANT–
PETITIONER.

September 14, 2015.

It is ORDERED that the petition for certification is granted limited to the issue of whether the protective sweep of defendant's residence was lawful.

121 A.3d 385

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. DENNIS WELCH, DEFENDANT–PETITIONER.

September 14, 2015.

It is ORDERED that the petition for certification is granted limited to the issue of whether this indigent defendant is entitled to representation by the Office of the Public Defender on his petition for certification to this Court. Jurisdiction is retained as to the other issues raised in the petition.